UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARC S. YOUNG,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

Case No. C05-5819 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) Plaintiff has failed to notify the Court of his current address in violation of CR 41(b)(2), Local Rules W.D. Wash.

(2) The Court adopts the Report and Recommendation;

(3) Defendants' motion to dismiss (Dkt. # 30) is **GRANTED**; and

(4) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 2nd day of March, 2007.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1