# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARC S. YOUNG,

        Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, et al.,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C05-5819RBL/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court Adopts the Report and Recommendation.

Defendants' motion to dismiss (Dkt. #30) is GRANTED.

   March 6, 2007                            BRUCE RIFKIN
                                                           Clerk

                                                         /s/ Pat LeFrois
                                                          Deputy Clerk